25,057-12

Rodney Ramirez,#864913
William P.Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9606

May ___ 04 ___,2015.

Mr.Abel Acosta, Clerk of the Court
Texas Court of Criminal Appeals
P.O. BOX 12308, Capitol Station
Austin, Texas 78711

**RE: STATUS CHECK UNDER CAUSE NUMBER:** WR-25,057-12

    **STYLED: In Re RODNEY JOHN RAMIREZ, Relator**

    Dear Honorable Clerk of the Court,

If you would, could you please provide me with the status of the above-numbered

and styled cause? **I "Thank You"** in advance for your kind professional time and

response to this **Status Check.**

                                      Sincerely/Respectfully Requested,

                                      Rodney Ramirez, TDCJ-CID#864913

                                      William P.Clements Unit

                                      9601 Spur 591

                                      Amarillo, Texas 79107-9606

**CC:File**

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 1 1 2015

Abel Acosta, Clerk